MEMO ENDORSED

Law Offices of
## Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-676-7497
Cellular: 201-306-4369
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

August 24, 2021

By ECF & Email

The Honorable Kenneth Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Luis Gonzalez*

15 Cr. 463 (KMK)

Dear Judge Karas:

    On August 11, I was contacted by Mr. Gonzalez' Probation Officer, Pierre Reyes. He informed me that Mr. Luis Gonzalez had violated the terms of his supervised release and a petition was filed with the Court with respect to that violation. Since I represented Mr. Gonzalez before Your Honor for his underlying criminal case, I agreed to represent Mr. Gonzalez for his pending VOSR, if the Court so desired. CJA clerk Tracy Miller advises that Your Honor would be required to reappoint me so that a new evoucher could be created. I would ask, if the Court is so inclined to appoint me, to make the appointment *nunc pro tunc* from August 11th since I have begun some preliminary work on this matter.

    I understand that a Court appearance has been scheduled for September 24th, 2021. However, I have a conflict with that date. I understand all the parties and the Court are available on September 27th for a telephone conference at noon. Accordingly, I respectfully ask the Court to change the court appearance to September 27th at noon via telephone.

Respectfully submitted,

/s/
Donna R. Newman
cc: AUSA Shin Won via email and ECF
    USPO Pierre Reyes via email
    Luis Gonzalez via first class mail

*Both requests are granted.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

8/24/2021