UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Luis Gonzalez,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 15 CR 00463 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Francis L. O'Reilly, Esq., is to assume representation of the defendant in the above captioned matter as of March 7, 2022. Mr. O'Reilly is appointed pursuant to the Criminal Justice Act. His address is 41 Unquowa Place, Fairfield, CT 06824, phone number (203) 913-4608; Email: Attflor@aol.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 16, 2022